LILLIAN F. SCHROEDER, PETITIONER-APPELLANT, v. ARTHUR SALES CO., INC., RESPONDENT-RESPOND-ENT.

Argued February 20, 1950—Decided February 27, 1950.

*Mr. Alexander Avidan* argued the cause for the appellant (*Mr. Harold N. Gast,* attorney).

*Mr. Isidor Kalisch* argued the cause for the respondent.

PER CURIAM.   The judgment will be affirmed for the reasons expressed in the opinion *per curiam* filed in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, OLIPHANT, WACHENFELD, BURLING and ACKERSON—6.

*For reversal*—None.

*For dismissal*—HEHER—1.